IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 APR 24  P 2: 19
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| KENNETH HERNANDEZ, | ) |
| Plaintiff, | ) |
| v. | ) Case Number: 2:06cv371-DRB |
| PROGRESSIVE SPECIALITY INSURANCE COMPANY, | ) |
| Defendants. | ) |

### PETITION FOR REMOVAL

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION:

Comes now Progressive Specialty Insurance Company, and gives this unanimous Notice of Removal of all claims contained in the Complaint against the Petitioner, Progressive Specialty Insurance Company, in the cause styled as <u>Kenneth Hernandez v. Progressive Specialty Insurance Company, et al.</u>, in the Circuit Court of Coosa County, Alabama, Case No. CV 06-0014, where it is now pending, to the United States District Court of the Middle District of Alabama, Northern Division, and shows upon the Court as follows:

1. This action was originally commenced by the plaintiff against defendant, Progressive Specialty Insurance Company, via Complaint filed on March 9, 2006; such action arising from a motor vehicle accident. The plaintiff contends he is entitled to uninsured/underinsured motorist benefits from the defendant, Progressive Specialty Insurance Company and further alleges the tort of bad faith. A true and correct copy of all process, pleadings and orders from the state court file are attached hereto as Exhibit "A" to this Petition.

2. The named plaintiff, Kenneth Hernandez, was a resident citizen of the State of Alabama.

3. The defendant, Progressive Specialty Insurance Company, is a corporation which is incorporated in the State of Ohio and with their principal place of business in the State of Ohio.

4. Progressive Specialty Insurance Company was served with the Complaint on March 24, 2006 (See Exhibit "A").

5. This lawsuit arises out of an automobile accident where the plaintiff claims that the alleged underinsured motorist (i.e., Linda Heflin) was negligent and/or wanton thereby causing the plaintiff's injuries and damages for which he seeks compensatory and punitive damages. The plaintiff settled with the alleged underinsured motorist for her policy limits of $25,000.00. The plaintiff now seeks, on the contractual claim only, Progressive Specialty Insurance Company's underinsured policy limits of $60,000.00. Progressive Specialty Insurance Company would, under the law of Alabama, be entitled to a "set off" of the $25,000.00 already paid to the plaintiff against any judgment rendered in this cause, therefore, in order for the plaintiff to receive a judgment against Progressive Specialty Insurance Company for its policy limits of $60,000.00, he must demand and receive no less than $85,000.00. In addition, plaintiff makes a claim for the tort of bad faith for which the plaintiff demands compensatory and punitive damages against Progressive Specialty Insurance Company in an unspecified amount.

6. Based on the foregoing, this Court has jurisdiction of this matter under 28 U.S.C. § 1332(a) when a complete diversity of citizenship exists between the proper opposing parties and that amount in controversy, exclusive of interest and costs, exceeds $75,000.00.

7.  Venue is proper pursuant to 28 U.S.C. § 1391(a) in that the plaintiff (i.e., both at the time of the accident which makes the basis of this lawsuit and at the time of filing same), was a resident citizen of Coosa County.

8.  This Petition for Removal is filed within thirty (30) days of service of Progressive Specialty Insurance Company as required by 28 U.S.C. § 1446(b).

9.  Further, contemporaneously with the filing of this Petition for Removal, the defendants have given notice of same to counsel for the plaintiff and to the Clerk of the Circuit Court of Coosa County, Alabama. Contemporaneously with the filing of this Petition for Removal, defendant, Progressive Specialty Insurance Company, has filed its Answer to the plaintiff's Complaint in the United States District Court for the Middle District of Alabama, Northern Division.

WHEREFORE, premises considered, the defendant, Progressive Specialty Insurance Company, hereby gives notice that this case is removed to the United States District Court for the Middle District of Alabama, Northern Division, from the Circuit Court of Coosa County, Alabama, and respectfully prays that this Court accepts this unanimous Notice and Petition for Removal and makes all necessary Orders to effectuate the same and that thereafter the Circuit Court of Coosa County, Alabama, proceed no further in the premises.

DATED this 21ST day of APRIL, 2006.

Respectfully submitted,

_____
PAUL A. MILLER (MIL011; ASB-7131-M71P)
Attorney for Defendant

Of Counsel:

**LAMAR, MILLER, NORRIS, HAGGARD & CHRISTIE, P.C.**
501 Riverchase Parkway East
Suite 100
Birmingham, Alabama 35244
Telephone: 205-326-0000

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been served upon each of the below listed counsel of record by United States Mail this 21st day of April, 2006:

cc: Kathryn Harrington, Esq.
1000 Providence Park
Suite 200
Birmingham, Alabama   35242

_____
Of Counsel