**CT CORPORATION**
A WoltersKluwer Company

**Service of Process Transmittal**
03/24/2006
Log Number 511025895

| | |
|---|---|
| **TO:** | Billy Causey<br>Progressive Casualty Insurance Company<br>2100 Riverchase Parkway, Building 100, Suite 110<br>Birmingham, AL, 35244 |
| **RE:** | **Process Served in Alabama** |
| **FOR:** | Progressive Specialty Insurance Company (Domestic State: OH) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Kenneth Hernandez, Pltf. vs. Progressive Specialty Ins. Co., et al., Dfts.<br>*Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | Coosa County Circuit Court, AL<br>Case # CV 2006 000014.00 |
| **NATURE OF ACTION:** | Insurance Litigation - Policy benefits claimed for personal injuries received as a result of vehicle collision. |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Company, Montgomery, AL |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 03/24/2006 postmarked: "Illegible" |
| **APPEARANCE OR ANSWER DUE:** | 30 days |
| **ATTORNEY(S) / SENDER(S):** | Kathryn Sumral Harrington<br>1000 Providence Park<br>Suite 200<br>Birmingham, AL, 35242 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day, 791419773968 |
| **SIGNED:**<br>**ADDRESS:** | The Corporation Company<br>2000 Interstate Park Drive<br>Suite 204<br>Montgomery, AL, 36109 |
| **TELEPHONE:** | 334-387-7680 |

Page 1 of 1 / CT

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of the package only, not of its contents.

```
AVS0350                       ALABAMA JUDICIAL DATA CENTER
                                   COOSA       COUNTY
                                       SUMMONS
                                                              CV 2006 000014.00
```

---

```
                    IN THE CIRCUIT COURT OF   COOSA       COUNTY
    KENNETH HERNANDEZ VS. PROGRESSIVE SPECIALTY INS.CO., ET AL
        SERVE ON: (D001)
        SSN: 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                    PLAINTIFF'S ATTORNEY
        PROGRESSIVE SPECIALTY               HARRINGTON KATHRYN SUMRAL
        C/O THE CORP.CO.- STE.204           1000 PROVIDENCE PARK
        2000 INTRSTATE PK.DR.               SUITE 200
        MONTGOMERY     ,AL  36109-0000      BIRMINGHAM    ,AL  35242-0000
```

---

TO THE ABOVE NAMED DEFENDANT:

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS, YOU OR YOUR ATTORNEY ARE REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT TO THE PLAINTIFFS ATTORNEY(S) SHOWN ABOVE OR ATTACHED:

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGEMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT.

---

( )   TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY EITHER RULES 4.1(B)(2) OR 4.2(B)(2) OR 4.4(B)(2) OF THE ALABAMA RULES OF CIVIL PROCEDURE: YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE COMPLAINT IN THIS ACTION UPON DEFENDANT.

(✓)   THIS SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE WRITTEN REQUEST OF _____ PURSUANT TO RULE 4.1(C) OF THE ALABAMA RULES OF CIVIL PROCEDURE.

```
DATE: 03/20/2006                       CLERK: JEFF WOOD
                                              P.O. BOX 98
                                              ROCKFORD   AL    35136
                                              (256)377-2680
```

---

RETURN ON SERVICE:

( )   CERTIFIED MAIL RETURN RECEIPT IN THIS OFFICE ON (DATE) _____
      (RETURN RECEIPT HERETO ATTACHED)

( )   I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE SUMMONS AND
      COMPLAINT TO _____
      IN _____ COUNTY, ALABAMA ON (DATE) _____

_____            _____
DATE                            SERVER SIGNATURE

_____            _____
SERVER ADDRESS                  TYPE OF PROCESS SERVER

---

OPERATOR: PEJ
PREPARED: 03/20/2006

State of Alabama
Unified Judicial System



SUMMONS
CIVIL      Case No.   CV-06- 14

FILED
MAR 09 2006
CLERK OF J.A. WOOD
DIS. & CIR. COURT

## IN THE CIRCUIT COURT OF COOSA COUNTY, ALABAMA

Plaintiff: KENNETH HERNANDEZ     vs.   Defendant: PROGRESSIVE SPECIALTY
                                                   INSURANCE COMPANY, et al.

NOTICE TO: PROGRESSIVE SPECIALTY INSURANCE COMPANY
C/o THE CORPORATION COMPANY, 2000 INTERSTATE PARK DRIVE,
SUITE 204, MONTGOMERY, AL 36109

485 GENE E. STEWART BOULEVARD, SYLACAUGA, AL 35150

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS, YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY **KATHRYN S. HARRINGTON** WHOSE ADDRESS IS 1000 PROVIDENCE PARK, SUITE 200, BIRMINGHAM, AL 35242.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

☐ **TO ANY SHERIFF OR ANY PERSON AUTHORIZED** by either rules 4.1(b)(2) or 4.2(b)(2) or 4.4(b)(2) of the Alabama Rules of Civil Procedure: You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☑ This Service by certified mail of this summons is initiated upon the written request of _____ _____ pursuant to Rule 4.1(c) of the Alabama Rules of Civil Procedure.

Date 3/8/06          Kathryn Harrington
                     Plaintiff/Attorney's signature

RETURN ON SERVICE:

☐  Return receipt of certified mail received in this office on _____

☐  I certify that I personally delivered a copy of the Summons and Complaint to _____ in _____ County, Alabama on
(date) _____.

Date: _____

Address of Server:                          Server's Signature
_____                      _____

_____                      _____
                                            Type of Process Server

IN THE CIRCUIT COURT OF COOSA COUNTY, ALABAMA

| | |
|---|---|
| KENNETH HERNANDEZ )<br>)<br>Plaintiff, )<br>)<br>V. )<br>)<br>PROGRESSIVE SPECIALTY )<br>INSURANCE COMPANY and )<br>Fictitious Party Defendants A, B, C and D. )<br>)<br>Defendant. ) | CIVIL ACTION NO. CV-06- 1⁴<br><br>**FILED**<br><br>MAR 0 9 2006<br><br>J. A. WOOD<br>CLERK OF DIS. & CIR. COURTS |

## COMPLAINT

COMES NOW the Plaintiff, Kenneth Hernandez and sets forth the following complaint against the above captioned parties both named and fictitious.

### PARTIES

1. Plaintiff, Kenneth Hernandez, is a resident of State of Alabama and is over the age of nineteen. He resides in Coosa County, Alabama.

2. Defendant, Progressive Specialty Insurance Company, is an entity doing business in Coosa County, Alabama. The Corporation Company, is the registered agent for Defendant, Progressive Specialty Insurance Company for the State of Alabama.

4. Defendants "A" through "D" are fictitiously described Defendants who are otherwise unknown to the Plaintiff at this time, or their identities as proper party Defendants are not known to the Plaintiff at this time. Their true and correct names will be substituted by amendment when and if this knowledge is obtained.

## FACTUAL ALLEGATIONS

5. On or about March 8, 2004, Plaintiff, Kenneth Hernandez was driving his 1995 Nissian Pickup, (Identification #: 1N6HD16Y6SC313384). At said time, he was northbound on Liberty Road, Villa Rica, Georgia. Ms. Linda Heflin, the driver of the other car involved, was turning left onto Liberty Southbound from the SR 8 access ramp and failed to stop at the stop sign before turning left. Plaintiff's vehicle then struck Ms. Heflin's vehicle. Plaintiff was subsequently transported by West Georgia Ambulance to Tanner ER.

## COUNT ONE

6. Plaintiff re-adopts and re-alleges and incorporates the allegations in all proceeding paragraphs as if fully set forth herein.

7. The insurance carrier of Ms. Heflin paid the applicable limits of her automobile policy.

8. The Defendant herein was previously put on notice of a claim by Plaintiff.

9. Mr. Hernandez, at the time of the accident, had automobile liability coverages including uninsured and underinsured coverage with the defendant company.

10. Plaintiff herein made demand on the defendant under the uninsured/underinsured provision of his automobile liability insurance coverage on all covered vehicles.

11. Defendants have failed and refused to adequately respond to such demand and have therefore breached their contracted duty to the Plaintiff.

12. The actions of Ms. Heflin were negligent, wanton, and were in violation of the Gerogia Rules of the Road and caused severe physical damage to Mr. Hernandez. In addition, Mr. Hernandez suffered property damage in that his vehicle was damaged. As a consequence of the

negligence and wanton conduct of Ms. Heflin, Plaintiff was caused to be injured and damaged as follows:

a. He was caused to suffer injury to his back, shoulders, neck, and head;

b. Mr. Hernandez has sustained permanent physical damage.

c. Plaintiff has injuries and damages which exceed the insurance coverage of Ms. Heflin's policy and the insurance coverage in the policies issued by Defendants.

**WHEREFORE, PREMISES CONSIDERED**, the Plaintiff hereby demands judgment against the Defendants for compensatory and punitive damages in a sum to be determined by the jury.

## COUNT TWO

13. Plaintiff re-adopts and re-alleges and incorporates the allegations in all proceeding paragraphs as if fully set forth herein.

14. Defendants have acted in bad faith in denial of the claim of Plaintiff under his insured policy.

15. The insurance carrier of Ms. Heflin paid the applicable limits of her automobile policy.

16. The Defendant herein was previously put on notice of a claim by Plaintiff.

17. Mr. Hernandez, at the time of the accident, had automobile liability coverages including uninsured and underinsured coverage with the defendant company.

18. Plaintiff herein made demand on the defendant under the uninsured/underinsured provision of his automobile liability insurance coverage on all covered vehicles.

19.     Defendants have failed and refused to adequately respond to such demand and have therefore breached their contracted duty to the Plaintiff.

20.     The actions of Ms. Heflin were negligent, wanton, and were in violation of the Gerogia Rules of the Road and caused severe physical damage to Mr. Hernandez. In addition, Mr. Hernandez suffered property damage in that his vehicle was damaged. As a consequence of the negligence and wanton conduct of Ms. Heflin, Plaintiff was caused to be injured and damaged as follows:

a.  He was caused to suffer injury to his back, shoulders, neck, and head;

b.  Mr. Hernandez has sustained permanent physical damage.

c.  Plaintiff has injuries and damages which exceed the insurance coverage of Ms. Heflin's policy and the insurance coverage in the policies issued by Defendants.

**WHEREFORE, PREMISES CONSIDERED**, the Plaintiff hereby demands judgment against the Defendants for compensatory and punitive damages in a sum to be determined by the jury.

PLAINTIFF RESPECTFULLY REQUESTS TRIAL BY JURY.

_Kathryn J. Harrington_
KATHRYN SUMRALL HARRINGTON
Attorney for Plaintiff

OF COUNSEL:
KATHRYN HARRINGTON
Attorney at Law
1000 Providence Park, Suite 200
Birmingham, AL 35242
Telephone: (205) 408-0048
Facsimile: (205) 408-0041
Email: kathryn@kshlaw.com

**PLEASE SERVE DEFENDANTS AT:**
Progressive Specialty Insurance Company
485 Gene E. Stewart Boulevard
Sylacauga, AL 35150

Progressive Specialty Insurance Company
c/o The Corporation Company
2000 Interstate Park Drive, Suite 204
Montgomery, AL 36109