IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 APR 24 P 2: 19
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| KENNETH HERNANDEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case Number: |
| v. | ) 2:06cv371-DRB |
| | ) |
| PROGRESSIVE SPECIALITY INSURANCE COMPANY, | ) |
| | ) |
| Defendants. | ) |

## ANSWER

Comes now the defendant, Progressive Specialty Insurance Company, and in Answer to the Complaint filed by the plaintiff states as follows:

1.  The defendant, on information and belief, admits paragraphs 1 and 2 of the Complaint.

2.  The defendant avers that paragraph 4 of the Complaint addresses fictitious parties and therefore requires no response from them.

3.  The defendant, on information and belief, admits the first, second, fourth and fifth sentences of paragraph 5 of the Complaint, however, the defendant is without sufficient information to admit or deny the third sentence of paragraph 5 of the Complaint and therefore demands strict proof of same.

4.  The defendant re-asserts and re-avers its responses to paragraphs 1 through 5 of the Complaint in response to paragraph 6 of the Complaint as if specifically set out herein.

5.  The defendant admits paragraph 7 of the Complaint.

6.  The defendant admits paragraph 8 of the Complaint.

7. The defendant admits paragraph 9 of the Complaint.

8. The defendant admits paragraph 10 of the Complaint.

9. The defendant denies paragraph 11 of the Complaint and demands strict proof of same.

10. The defendant, on information and belief, denies paragraph 12 of the Complaint and demands strict proof of same.

11. The defendant re-asserts and re-avers its responses to paragraphs 1 through 12 of the Complaint in response to paragraph 13 of the Complaint as if specifically set out herein.

12. The defendant denies paragraph 14 of the Complaint and demands strict proof of same.

13. The defendant admits paragraph 15 of the Complaint.

14. The defendant admits paragraph 16 of the Complaint.

15. The defendant admits paragraph 17 of the Complaint.

16. The defendant admits paragraph 18 of the Complaint.

17. The defendant denies paragraph 19 of the Complaint and demands strict proof of same.

18. The defendant, on information and belief, denies paragraph 20 of the Complaint and demands strict proof of same.

19. The defendant pleads not guilty.

20. The defendant pleads the Doctrine of Set Off.

21. The defendant pleads the Doctrine of Release.

22. The defendant pleads the Doctrine of Accord & Satisfaction.

23. The defendant pleads the Doctrine of Payment.

24. The defendant avers that the plaintiff himself was guilty of negligent conduct which caused or contributed to cause the accident which makes the basis of this lawsuit.

25. The defendant avers the Doctrine of Conflict of Law as the automobile accident which makes the basis of this lawsuit occurred in the state of Georgia.

26. The defendant avers that punitive damages are unconstitutional as to the Constitution of the State of Alabama and the Constitution of the United States of America.

27. The defendant reserves its right to assert additional defenses, including affirmative and contractual defenses, at a later date.

_____
PAUL A. MILLER (ASB-7131-M71P)
Attorney for Progressive Specialty
Insurance Company

Of Counsel:

**LAMAR, MILLER, NORRIS, HAGGARD & CHRISTIE, P.C.**
501 Riverchase Parkway East
Suite 100
Birmingham, Alabama 35244
Telephone: 205-326-0000

## CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the foregoing has been served upon each of the below listed counsel of record by United States Mail this 21st day of April, 2006:

cc:    Kathryn Harrington, Esq.
        1000 Providence Park
        Suite 200
        Birmingham, Alabama 35242

_____
Of Counsel