**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 19, 2006

# NOTICE OF REASSIGNMENT

Re:  Kenneth Hernandez v. Progressive Specialty Insurance Company
     Civil Action No. #2:06-cv-00371-DRB

The above-styled case has been reassigned to Judge Myron H. Thompson..

Please note that the case number is now #2:06-cv-00371-MHT.  This new case number should be used on all future correspondence and pleadings in this action.