**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **KENNETH HERNANDEZ,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) **Case Number:** 2:06 CV-0371-DRB |
| v. | ) |
| | ) |
| **PROGRESSIVE SPECIALITY** | ) |
| **INSURANCE COMPANY,** | ) |
| | ) |
| **Defendants.** | ) |

**NOTICE OF APPEARANCE**

Comes now Robert S. Lamar, Jr., of the law firm of Lamar, Miller, Norris, Haggard & Christie, P.C. and files this Notice of Appearance on behalf of the Defendant, Progressive Specialty Insurance Company. As grounds for said Appearance, she avers that she has become associated with the law firm of LAMAR, MILLER, NORRIS, HAGGARD **&** CHRISTIE, P.C.

DONE this the 5th day of June, 2006.

                                        s/ Robert S. Lamar, Jr.
                                        Robert S. Lamar, Jr. (ASB-9361-A39R)
                                        Attorney for Defendant

Of Counsel:

**LAMAR, MILLER, NORRIS, HAGGARD & CHRISTIE, P.C.**
501 Riverchase Parkway East
Suite 100
Birmingham, Alabama 35244
(205)326-0000

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that I have served a true copy of the foregoing upon all counsel of record by placing same in the United States Mail, properly addressed and postage affixed, this 5th day of June 2006:

cc: Kathryn Harrington, Esq.
   1000 Providence Park
   Suite 200
   Birmingham, Alabama   35242

                  s/Robert S. Lamar, Jr
                  Of Counsel