**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                        TELEPHONE (334) 954-3600

June 6, 2006

# NOTICE OF CORRECTION

**From:**           **Clerk's Office**

**Case Style:**     **Kenneth Hernandez v. Progressive Specialty Insurance Co**

**Case Number:**    **#2:06-cv-00371-MHT**

**Referenced Document:**   **Document #6**
                           **Notice of Appearance**

**This notice has been docketed to enter the corrected signature page into the record in the referenced case. The original pdf did not contain a date or proper electronic signature as required by Civil Administrative Procedure II-C. The corrected pdf is attached to this notice.**