**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                             TELEPHONE (334) 954-3600

June 6, 2006

# NOTICE OF CORRECTION

**From:**               **Clerk's Office**

**Case Style:**         **Kenneth Hernandez v. Progressive Specialty Insurance Co**

**Case Number:**        **#2:06-cv-00371-MHT**

**Referenced Document:** **Document #7**
                         **Report of Rule 26(f) Planning Meeting**

**This notice has been docketed to enter the corrected signature page into the record in the referenced case. The original pdf did not contain a date. The corrected pdf is attached to this notice.**