**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **KENNETH HERNANDEZ,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Case Number: 2:06 CV 00371 DRB |
| **v.** | ) |
| | ) |
| **PROGRESSIVE SPECIALITY** | ) |
| **INSURANCE COMPANY,** | ) |
| | ) |
| **Defendants.** | ) |

<u>REPORT OF PARTIES' PLANNING MEETING</u>

1.    APPEARANCES:

Pursuant to Fed.R.Civ.P. 26(f), a meeting of the parties' representatives was attempted on June 2, 2006 by teleconference in Birmingham, Alabama.

    a.    Counsel for plaintiff, Kenneth Hernandez did <u>not</u> appear.

    b.    Appearing on behalf of defendant: Cindy L. Self, for Progressive Specialty Insurance Company.

The following is Progressive Specialty Insurance Company's proposed Rule 26(f) information/report.

2.    PARTIES:

    a.    The plaintiff shall have until October 2, 2006 to join any additional parties.

    b.    The defendant shall have until November 2, 2006 to join any additional parties.

3.    PLEADINGS:

    a.    The plaintiff shall have until October 2, 2006 to amend the pleadings.

    b.    The defendant shall have until November 2, 2006 to amend the pleadings.

4.    DISPOSITIVE MOTIONS:

All potentially dispositive motions must be filed by May 21, 2007.

5.    EXPERT TESTIMONY:

Unless modified by stipulation of the parties, the disclosure of expert witnesses, including a complete report under Fed.R.Civ.P.26(a)(2)(B) from any specially retained or employed expert are due:

    a.    From the plaintiff:    January 12, 2007 with the plaintiff making his expert available for deposition by February 12, 2007

    b.    From the defendant:    March 12, 2007 with the defendants making its experts available for deposition by April 12, 2007

6.    DISCOVERY LIMITATIONS AND CUTOFFS:

    a.    Unless modified by stipulation of the parties:

Depositions:

Maximum of **10** deposition for the plaintiff and **10** depositions for each defendant with a maximum time limit of 8 hours per deposition, unless extended by agreement of the parties.

Interrogatories:

Maximum of **40** by each party, with responses due within 30 days after service.

Request for Admissions:

Maximum of **40** by each party, with responses due within 30 days after

service.

Request for Production:

Maximum of **40** by each party, with responses due within 30 days after service.

Supplementation: Supplements under Fed.R.Civ.P.26(e) are due **45** days before the close of discovery.

b.  Pre-discovery disclosure: The parties shall exchange the information required by Local Rule 26.1(a)(1) by: July 6, 2006.

c.  Unless modified by the court for good cause shown, all discovery must be commenced in time to be completed by May 2, 2007.

7.  PRE-TRIAL CONFERENCE:

This case is set for pretrial conference May 21, 2007 or at the Court's discretion after the close of discovery.

8.  TRIAL:

This case is set for jury trial July 2, 2007.

Trial is expected to last 2 - 3 days.

9.  FINAL LISTS:

Final lists of trial witnesses and exhibits under Fed.R.Civ.P26(a)(3) must be served and filed:

a.  By the plaintiff:   May 11, 2007. Objections must be filed within 14 days.

b.  By the defendant:  May 28, 2007. Objections must be filed within 14 days.

Unless objected to by any party, all documents will be deemed authentic.

10. SCHEDULING CONFERENCE:

The parties do not request a scheduling conference prior to the entry of the Scheduling Order.

Submitted this 5th day of June, 2006.

| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |
|---|---|
| | s/Robert S. Lamar |
| Kathryn Harrington | Robert S. Lamar, Jr. (ASB-9361-A39R) |
| 1000 Providence Park | Cindy L. Self (ASB-7352-D65S) |
| Suite 200 | Lamar, Miller, Norris, Haggard & Christie, PC |
| Birmingham, Alabama  35242 | 501 Riverchase Parkway East, Suite 100 |
| | Birmingham, Alabama 35244 |