**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| KENNETH HERNANDEZ            )<br>                                                  )<br>     Plaintiff,                          )<br>                                                  )<br>V.                                             )<br>                                                  )<br>PROGRESSIVE SPECIALTY  )<br>INSURANCE COMPANY, et al. )<br>                                                  )<br>     Defendants.                       ) | Case No.: 2:06-cv-371-DRB |

**NOTICE OF CHANGE OF ADDRESS**

COMES NOW the Plaintiff, in the above styled action and hereby notifies this Court and counsel of record of its change of address effective June 25, 2006 to:

**KATHRYN SUMRALL HARRINGTON
HOLLIS & WRIGHT, P.C.
505 North 20th Street, Suite 1500
Birmingham, AL 35203
kathrynh@hollis-wright.com**

We are simply changing suites so please ensure that your records reflect our new suite number. Please also be advised that our telephone and fax numbers will remain the same.

                                                                    Respectfully submitted,


                                                                    s/Kathryn Harrington
                                                                    KATHRYN HARRINGTON

**OF COUNSEL:**
KATHRYN HARRINGTON
HOLLIS & WRIGHT, P.C.
505 North 20th Street, Suite 1500
Birmingham, AL 35203
Telephone: (205) 324-3600
Facsimile: (205) 324-3636
kathrynh@hollis-wright.com
www.hollis-wright.com