IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **KENNETH HERNANDEZ,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) Case Number: 2:06 CV 00371 DRB |
| v. | ) |
| | ) |
| **PROGRESSIVE SPECIALITY** | ) |
| **INSURANCE COMPANY,** | ) |
| | ) |
| **Defendants.** | ) |

## MOTION TO COMPEL

COMES NOW the defendant, Progressive Specialty Insurance Company (hereinafter referred to as "Progressive") and moves this Honorable Court to compel the Plaintiff's Rule 26 Disclosures. As grounds therefore, Progressive states as follows:

1. The pre-discovery disclosure were due on July 6, 2006. (See Report of Parties' Planning Meeting filed June 5, 2006);

2. Progressive filed its Rule 26 pre-discovery disclosures on July 6, 2006;

3. Whereafter, counsel for the Plaintiff indicated that her initial disclosures would be the same as Defendant's;

However, the Plaintiff's initial disclosures include a summary of damages which are not included on the Defendants. The undersigned sent a letter to

counsel for the Plaintiff reminding her of this fact and requesting her client's Rule 26 disclosures within fourteen days. (See Exhibit "A").

4. The undersigned on September 14, 2006, again, requested counsel for the Plaintiff to provide her client's Rule 26 Initial Disclosures. (See Exhibit "B").

5. Daniel Wayman, paralegal to Kathryn S. Harrington, emailed the undersigned's legal assistant on September 22, 2006 indicating that the Plaintiff would be issuing Rule 26 Disclosures by Tuesday, September 26th. (See Exhibit "C").

6. To date, Progressive has yet to receive the Plaintiff's Rule 26 Disclosures.

WHEREFORE, PREMISES CONSIDERED, Progressive moves this Honorable Court to provide Rule 26 Initial Disclosure information within seven days.

Respectfully submitted,

s/ Cindy L. Self
Cindy L. Self  (SEL035)
Paul A. Miller (MIL011)
Attorneys for Defendants

Of Counsel:
LAMAR, MILLER, NORRIS, HAGGARD & CHRISTIE, P.C.

501 Riverchase Parkway East
Suite 100
Birmingham, AL  35244
Telephone: (205) 326-0000
Email: cself@lmnflaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 10, 2006, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Kathryn Harrington, Esq.
Hollis & Wright, P.C.
505 North 20th Street, Suite 1500
Birmingham, AL 35203

                                          s/ Cindy L. Self
                                          OF COUNSEL