# Lamar, Miller, Norris, Haggard Christie, PC
### Attorneys & Counselors at Law

ROBERT S. LAMAR, JR.
PAUL A. MILLER
RICK D. NORRIS, JR.*
MICHAEL L. HAGGARD
STEPHEN D. CHRISTIE
LYNN B. RANDALL
ROSEMARY S. MOORE
LEE H. STEWART
JUSTIN G. SOUTH
CINDY L. SELF

*ALSO ADMITTED SOUTH CAROLINA

501 RIVERCHASE PARKWAY EAST
SUITE 100
BIRMINGHAM, ALABAMA 35244
TELEPHONE (205) 326-0000
FACSIMILE (205) 323-2945
www.lmntlaw.com

August 30, 2006

Kathryn Harrington, Esq.
Hollis & Wright, P.C.
505 North 20th Street, Suite 1500
Birmingham, AL 35203

    RE:   <u>Kenneth Hernandez v. Progressive Specialty Insurance Company</u>
           2:06 CV-0371-DRB
           Our File Number   :       600-06026

Dear Kathryn:

    I know that you indicated that your initial disclosures would be the same as the ones filed by my client. However, the Plaintiff's Initial Disclosures includes a summary of damages. Please forward to me your Rule 26 Disclosures within fourteen (14) days of this letter.

    Thank you for your anticipated cooperation.

                            Very truly yours,

                            Cindy L. Self
                            For the Firm

CLS/mg


EXHIBIT A