# Lamar, Miller, Norris, Haggard Christie, PC

Attorneys & Counselors at Law

ROBERT S. LAMAR, JR.
PAUL A. MILLER
RICK D. NORRIS, JR.*
MICHAEL L. HAGGARD
STEPHEN D. CHRISTIE
LYNN B. RANDALL
ROSEMARY S. MOORE
LEE H. STEWART
JUSTIN G. SOUTH
CINDY L. SELF

*ALSO ADMITTED SOUTH CAROLINA

501 RIVERCHASE PARKWAY EAST
SUITE 100
BIRMINGHAM, ALABAMA 35244
TELEPHONE (205) 326-0000
FACSIMILE (205) 323-2945
www.lmnflaw.com

September 14, 2006

Kathryn Harrington, Esq.
Hollis & Wright, P.C.
505 North 20th Street, Suite 1500
Birmingham, AL 35203

    RE:   <u>Kenneth Hernandez v. Progressive Specialty Insurance Company</u>
           2:06 CV-0371-DRB
           Our File Number   :   600-06026

Dear Kathryn:

We still have not received your initial disclosures nor any information concerning your client's claim for damages in this cause. Please forward them to us as soon as possible so that we do not have to involve the court.

Thank you for your anticipated cooperation.

                      Very truly yours,

                      Cindy L. Self
                      For the Firm

CLS/mg



EXHIBIT B