**Cindy Self**

**From:** Michelle Gilliam
**Sent:** Monday, September 25, 2006 8:01 AM
**To:** Cindy Self
**Subject:** FW: Hernandez Initial Disclosures.

Please see below.

Michelle Gilliam
Legal Secretary
Lamar, Miller, Norris, Haggard & Christie, P.C.
501 Riverchase Parkway East
Birmingham, AL 35244
(205) 326-0000

**From:** Danielle Wayman [mailto:daniellew@hollis-wright.com]
**Sent:** Friday, September 22, 2006 4:27 PM
**To:** Michelle Gilliam
**Cc:** Kathryn Harrington
**Subject:** Hernandez Initial Disclosures.

Michelle:

Will you tell Cindy Self that Kathryn will get those Rule 26 disclosures to you guys Tuesday of next week. Let me know if that's okay when you get this. Thanks.

Sincerely,

# Danielle Wayman

Danielle Wayman
Paralegal to Kathryn S. Harrington & Jennifer R. Lacy
HOLLIS & WRIGHT, P.C.
505 North 20th Street, Suite 1500
Birmingham, AL 35203
(205) 324-3600, ext. 114
Fax: (205) 324-3636
Email: daniellew@hollis-wright.com
HYPERLINK www.hollis-wright.com www.hollis-wright.com

--
No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.1.405 / Virus Database: 268.12.8/455 - Release Date: 9/22/2006



10/9/2006