IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KENNETH HERNANDEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 2:06-CV-00371-MHT |
| | ) |
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

### ORDER ON MOTION

For good cause shown in Defendant's *Motion to Compel*, filed with *exhibits* (Doc. 12, October 10, 2006), it is

**ORDERED** that the Defendant's motion is **GRANTED** to extent that Plaintiff is DIRECTED to deliver to Defendant, **not later than October 18, 2006**, the Rule 26 Initial Disclosures due more than thirty days ago, and to file by the same deadline notice of compliance with this ORDER.

Done this 13th day of October, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE