## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

### NORTHERN DIVISION

| | | |
|---|---|---|
| **KENNETH HERNANDEZ,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CASE NUMBER:** |
| | ) | |
| **V.** | ) | **2:06 CV 00371 DRB** |
| | ) | |
| **PROGRESSIVE  SPECIALTY** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### NOTICE OF FILING

COMES NOW the Plaintiff in the above styled action and hereby gives notice to the Court that the following has been sent to all counsel of records on the date reflected below.

1.    Plaintiff's Rule 26 Initial Disclosures.

s/Kathryn Harrington
KATHRYN HARRINGTON
(ASB-7984-M73K)

OF COUNSEL:
KATHRYN HARRINGTON
Attorney at Law
1000 Providence Park, Suite 200
Birmingham, AL 35242
Telephone: (205) 408-0048
Facsimile: (205) 408-0041
Email: kathryn@kshlaw.com

### CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing pleading upon all counsel of record in this cause by placing a copy of same in the United States mail, postage prepaid, addressed as follows on this the 23rd day of March, 2006:

s/Kathryn Harrington
OF COUNSEL