IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | | |
|---|---|---|
| KENNETH HERNANDEZ, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NUMBER: |
| | ) | |
| V. | ) | 2:06 CV 00371 DRB |
| | ) | |
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, | ) ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO EXTEND DEADLINE TO DISCLOSE EXPERT WITNESSES

Comes now the Plaintiff, KENNETH HERNANDEZ, by and through his undersigned counsel and hereby respectfully requests this Honorable Court grant Plaintiff an additional ten (10) days in which to disclose his expert witnesses. As grounds therefore, the Plaintiff shows as follows:

1. The deadline for Plaintiff to disclose the name of expert witnesses in this matter was scheduled for January 12, 2007.

2. Plaintiff's disclosure of an expert witness is necessary for preparation of the trial in this matter.

3. The undersigned counsel has spoken with counsel for Defendant and has been advised that the Defendant has no objection to a ten (10) day extension for Plaintiff to disclose his expert witnesses.

Wherefore, premises considered the undersigned counsel requests this Honorable Court grant the Plaintiff an additional ten (10) days in which to disclose the names Plaintiff's expert witnesses.

Respectfully Submitted,

_____
Kathryn S. Harrington

**OF COUNSEL:**
HOLLIS & WRIGHT, P.C.
505 North 20th Street, Suite 1750
Birmingham, Alabama 35203
(205) 324-3600
(205) 324-3636 Facsimile

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon all interested parties and counsel of record in this cause via facsimile and by placing a copy of same in the United States mail, postage prepaid, addressed as follows on this the 12th day of January, 2007.

Cindy L. Self, Esq.
Lamar, Miller, Norris, Haggard & Christie, P.C.
501 Riverchase Parkway East
Suite 100
Birmingham, AL 35244

_____
OF COUNSEL

2