IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| KENNETH HERNANDEZ, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv371-MHT |
| | ) | |
| PROGRESSIVE SPECIALTY | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
|    Defendant. | ) | |

**ORDER**

It is ORDERED that the motion to extend deadline (doc. no. 15) is denied.

First, the movant does not explain why he could not have met the January 12 deadline.  Second, this court has made expressly clear that, "[a]bsent stated unforeseen and unavoidable circumstances beyond the control of the movant, ... 'eleventh hour' extension requests and motions will be denied outright." Scheduling Order (Doc. No. 8), § 9(B). The movant has failed to offer any explanation as to why this motion was filed on the very

day of the deadline, rather than days, if not even weeks, in advance.

DONE, this the 16th day of January, 2007.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**