IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | | |
|---|---|---|
| **KENNETH HERNANDEZ,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CASE NUMBER:** |
| | ) | |
| **V.** | ) | **2:06 CV 00371 DRB** |
| | ) | |
| **PROGRESSIVE SPECIALTY** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**PLAINTIFF'S RULE 26 EXPERT WITNESS DISCLOSURES**

COMES NOW the Plaintiff, by Counsel, and submits this disclosure of expert witnesses who may be called in the trial of this case pursuant to Alabama Rule of Civil Procedure 26 as follows:

1. Dr. Thomas L. Francavilla, MD**.,** Brain & Spine Center, P.C., Alabama Neurological Institute, 513 Brookwood Boulevard, Suite 405, Birmingham, Alabama 35209. Dr. Francavilla is the plaintiff's treating physician. His areas of expertise include degenerative spine, spinal deformity, trama and tumor-infection. Dr. Francavilla has been furnished with medical records for Kenneth Hernandez and will continue to be supplied with medical records as Plaintiff's counsel receives the same. Dr. Francavilla has examined Mr. Hernandez. His expected testimony and opinions will include all records, tests and examinations through the trial date. He is expected to testify about his background, education, and work experience. He will testify about the medical condition of Mr. Hernandez.

        He will testify about his examination of Mr. Hernandez and review of all tests and medical records. His opinions will be based on his background, education, work experience, examination and testing of Mr. Hernandez, talking with Mr. Hernandez, review of medical records and tests, review of relevant depositions, review of relevant medical literature including but not limited to medical text books, treatises and journal articles and any other relevant matters and materials.

2.    Officer Waldo, Villa Rica Police Department, Carroll County, 101 Main Street, Villa Rica, Georgia 30180. He is the officer who investigated the accident.

Plaintiff respectfully reserves the right to supplement these disclosures as necessitated by additional information that becomes available during the course of discovery.

Respectfully submitted,

S/Kathryn S. Harrington
KATHRYN S. HARRINGTON

**OF COUNSEL:**
Hollis & Wright, P.C.
505 North 20th Street
1750 Financial Center
Birmingham, Alabama 35203
205-324-3600

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been served upon the following individuals by placing a copy of same in the United States mail, properly addressed and postage prepaid on this the 22nd day of January, 2007:

Cindy L. Self, Esq.
LAMAR, MILLER, NORRIS, HAGGARD
  & CHRISTIE, P.C.
501 Riverchase Parkway East
Suite 100
Birmingham, AL  35244

                                                                   S/Kathryn S. Harrington
                                                                   OF COUNSEL