# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **KENNETH HERNANDEZ,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case Number: 2:06 CV 00371 DRB** |
| **v.** | ) | |
| | ) | |
| **PROGRESSIVE SPECIALITY** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION

COMES NOW the defendant, Progressive Specialty Insurance Company, and request this Honorable Court for an extension of time to file dispositive motion in the above-styled cause from its present due date of March 17, 2007 and as grounds for same states as follows:

1.     Defendant wishes to file a Motion for Summary Judgment on the bad faith count in the above pending lawsuit/

2.     Defendant has been continuously attempting to have plaintiff's counsel agree to dismiss the bad faith count, voluntarily, but has been unable to receive word back from plaintiff's counsel.

3.     Attorney Cindy Self, of the undersigned law firm, began work on the Motion for Summary Judgment on Thursday, March 15, 2007, with the intentions of having said motion timely filed no later than March 19, 2007 (i.e., due date of motion since March 17, 2007 falls on a Saturday).

4.    Attorney Cindy Self took pertinent portions of the file home with her on the evening of Thursday, March 15, 2007 to continue work on Motion for Summary Judgment and Brief.

5.    Unfortunately, Cindy Self's mother died suddenly during the late evening hours of Thursday, March 15, 2007 due to liver failure.

6.    The undersigned attorney of record, due to Cindy Self having to deal with the death of her mother, is unable to secure the pertinent portions of the file and is unable to contact Ms. Self to obtain same.

7.    The undersigned attorney of record has this day attempted to contact plaintiff's counsel to discuss request for extension of time and again attempt to discuss dismissal of the bad faith count, but has been advised that plaintiff's counsel is out of the office and will not return until next week.

WHEREFORE, premises considered, the undersigned attorney for the defendant requests this Honorable Court for an extension of time to file the dispositive motion for 14 days to the above unexpected circumstances.

_____ s/Paul A. Miller _____
Paul A. Miller (MIL011)
Attorney for Progressive Specialty Ins. Co.
**LAMAR, MILLER, NORRIS, HAGGARD**
**& CHRISTIE, P.C.**
501 Riverchase Parkway East
Suite 100
Birmingham, Alabama 35244
Telephone: 205-326-0000
Facsimile: (205) 323-2945

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing has been served upon each of the below listed counsel of record by E-Filing and by placing same in the United States Mail this 16th day of March, 2007:

cc:    Kathryn Harrington, Esq.
       1000 Providence Park
       Suite 200
       Birmingham, Alabama   35242

                                        _____s/Paul A. Miller_____
                                        Of Counsel