IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| KENNETH HERNANDEZ, )<br>)<br>   Plaintiff, )<br>) CIVIL ACTION NO.<br>   v. ) 2:06cv371-MHT<br>)<br>PROGRESSIVE SPECIALTY )<br>INSURANCE COMPANY, )<br>)<br>   Defendant. ) | |

### ORDER

It is ORDERED that the motion for extension of time (Doc. No. 20) is granted.

DONE, this the 16th day of March, 2007.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE