IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| KENNETH HERNANDEZ, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv371-MHT |
| | ) | |
| PROGRESSIVE SPECIALTY | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
|    Defendant. | ) | |

## ORDER

It is ORDERED that the motion for summary judgment (Doc. No. 22) is set for submission, without oral argument, on April 20, 2007, with any opposing brief and evidentiary materials due by said date.

DONE, this the 2nd day of April, 2007.

                                    /s/ Myron H. Thompson
                             UNITED STATES DISTRICT JUDGE