**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **KENNETH HERNANDEZ,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) CASE NUMBER:  2:06 CV 00371 DRB |
| | ) |
| **PROGRESSIVE SPECIALTY** | ) |
| **INSURANCE COMPANY,** | ) |
| | ) |
| Defendants. | ) |

**MOTION TO EXTEND DEADLINE TO RESPOND TO MOTION FOR
SUMMARY JUDGMENT AND TO EXTEND DISCOVERY DEADLINE**

Comes now the Plaintiff, KENNETH HERNANDEZ, by and through his undersigned counsel and hereby respectfully requests this Honorable Court to grant Plaintiff until May 7, 2007 to respond to Defendant's Motion for Summary Judgment and until May 20 to complete discovery.  As grounds therefore, the Plaintiff shows as follows:

1.   The deadline for Plaintiff to respond to Defendant's Motion for Summery Judgment was April 20, 2007.

2.   The discovery deadline is presently set for May 2, 2007.

3.   Jennifer Lacy, the attorney previously handling this case for Plaintiff, abruptly left the undersigned's office.

4.   As a result of Ms. Lacy's abrupt departure, the deadline for responding to Defendant's Motion for Summary Judgment was overlooked.

5. Counsel for Defendant has been contacted regarding this Motion and Defendant's Counsel has indicated that at this time she can neither agree nor disagree to the Motion.

Wherefore, premises considered, the undersigned counsel requests this Honorable Court to grant the Plaintiff until May 7, 2007 to respond to Defendant's Motion for Summary Judgment and, further, to extend the discovery deadline from May 2, 2007 to May 20, 2007.

Respectfully Submitted:

s/Kathryn S. Harrington  
Kathryn S. Harrington (SUM002)  
Attorney for Plaintiff

**OF COUNSEL**:

**HOLLIS & WRIGHT, P.C.**  
Financial Center  
505 North 20th Street, Suite 1500  
Birmingham, Alabama  35203  
(205) 324-3600  
(205) 324-3636 Facsimile

### CERTIFICATE OF SERVICE

I hereby certify that on this the 26th day of April, 2007, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Cindy L. Self, Esq.  
**LAMAR, MILLER, NORRIS, HAGGARD & CHRISTIE, P.C.**  
501 Riverchase Parkway East, Suite 100  
Birmingham, AL  35244  
205-326-0000  
205-323-2945 Facsimile

s/Kathryn S. Harrington  
OF COUNSEL

2