**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 27, 2007

# NOTICE OF DEFICIENCY
# REGARDING CORPORATE/
# CONFLICT STATEMENT

**To:** **Cindy Lorraine Self, Paul A. Miller, Robert S. Lamar, Jr.**
**Lamar, Miller, Norris, Haggard, & Christie**
**501 Riverchase Parkway East**
**Suite 100**
**Birmingham, AL 35244**

**From:** Clerk's Office

**Case Style:** **Kenneth Hernandez v. Progressive Specialty Insurance Company**

**Case Number: 2:06-cv-00371-MHT**

**Notice is hereby given that pursuant to the Federal Rules of Civil Procedure 7.1, and this Court's General Order Miscellaneous Case No. 00-3047 parties are required to file their Corporate/Conflict Disclosure Statement at their initial appearance.**

**No corporate/conflict disclosure statement has been filed by you in this action.**

**This deficiency must be corrected within ten (10) days from this date. Please refer to attachment.**