IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| KENNETH HERNANDEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv371-MHT |
| | ) | |
| PROGRESSIVE SPECIALTY | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

It is ORDERED as follows:

(1) The motion to extend deadlines (Doc. No. 25) is granted.

(2) The parties are allowed until May 20, 2007, to complete discovery.

(3) The motion for summary judgment (Doc. No. 22) is reset for submission, without oral argument, on

May 7, 2007, with any opposing brief and evidentiary materials due by said date.

DONE, this the 27th day of April, 2007.


                 /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE