IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **KENNETH HERNANDEZ,** )<br>)<br>**Plaintiff,** )<br>) Case Number: 2:06 CV 00371 DRB<br>**v.** )<br>)<br>**PROGRESSIVE SPECIALITY** )<br>**INSURANCE COMPANY,** )<br>)<br>**Defendants.** ) | |

## MOTION TO VACATE

COMES NOW the defendant, Progressive Specialty Insurance Company, ("Progressive") and moves this Honorable Court to vacate its Order of today, April 27, 2007 extending the discovery deadline until May 20, 2007 and resetting the Plaintiff's response to this Defendant's Motion for Summary Judgment. As grounds therefore, Progressive states as follows:

1. Katherine Harrington, Esq., filed the instant action on March 9, 2006. (See Complaint).

2. This action was removed to federal court on April 25, 2006 by this Defendant.

3. After repeated attempts to engage counsel for the Plaintiff in a scheduling conference pursuant to Rule 26, this Defendant was caused to submit scheduling deadlines without the appearance of counsel for the Plaintiff. (See Report

of Parties' Planning Meeting).

4. After repeated requests for the Plaintiff's initial disclosures, this Defendant was caused to file a Motion to Compel on October 10, 2006 which the Court granted on October 13, 2006 ordering the Plaintiff to submit Rule 26 disclosures by October 18, 2006.

5. The deadline for the Plaintiff's expert disclosures was January 12, 2007. On this date, the Plaintiff the filed a Motion for Extension of Time which was denied by this Court on January 16, 2007.

6. Jennifer Lacy, the associate counsel on this case left _prior_ to the filing of this Defendant's Motion for Summary Judgment on the bad faith claim and _prior_ to this Court's ordering of the Plaintiff's response on April 20, 2007.

7. The Plaintiff's bad faith claim is without merit.

8. Yesterday, April 26, 2007, counsel for the Plaintiff called the legal assistant for Paul A. Miller, Esq., asking if we would agree to this Motion. Counsel for the Plaintiff indicated that they sought to file this Motion on the same date. At which time, Paul A. Miller, Esq., was in Mobile on another case and Cindy L. Self, Esq., was in Haleyville, Alabama working on a different case. Cindy L. Self, Esq., represented to Paul's legal assistant by cell phone that she could not agree to said Motion without first consulting lead counsel and her clients, and that if caused to give a response today she would not agree to said Motion as lead counsel for the Plaintiff

was aware of her filing of Progressive's Motion for Summary Judgment.

9.   Counsel for the Plaintiff has not requested to take any depositions or attempted obtain any discovery from this Defendant to date not withstanding a discovery deadline of May 2, 2007.

10.   The deposition of the Plaintiff is scheduled for today, April 27, 2007.

11.   These Defendants are ready to move forward with litigation in this matter.

                                      s/Paul A. Miller
                                      Paul A. Miller (MIL011)
                                      Cindy L. Self (SEL035)
                                      Attorney for Progressive Specialty Ins. Co.
                                      **LAMAR, MILLER, NORRIS,**
                                      **HAGGARD & CHRISTIE, P.C.**
                                      501 Riverchase Parkway East
                                      Suite 100
                                      Birmingham, Alabama 35244
                                      Telephone: 205-326-0000
                                      Facsimile: (205) 323-2945

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been served upon each of the below listed counsel of record by E-Filing and by placing same in the United States Mail this 26th day of April, 2007:

Kathryn Harrington, Esq.
1000 Providence Park
Suite 200
Birmingham, Alabama   35242

                                      s/Paul A. Miller
                                      Of Counsel