IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| KENNETH HERNANDEZ, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>PROGRESSIVE SPECIALTY )<br>INSURANCE COMPANY, )<br>)<br>   Defendant. ) | CIVIL ACTION NO.<br>2:06cv371-MHT |

ORDER

It is ORDERED that defendant's motion to vacate (Doc. No. 28) is set for on-the-record oral argument on May 1, 2007, at 9:00 a.m.  Counsel for defendant is to arrange for the argument to be conducted by telephone.

DONE, this the 30th day of April, 2007.

               /s/ Myron H. Thompson
           UNITED STATES DISTRICT JUDGE