IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **KENNETH HERNANDEZ,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | )   Case Number: 2:06 CV 00371 DRB |
| **v.** | ) |
| | ) |
| **PROGRESSIVE SPECIALITY** | ) |
| **INSURANCE COMPANY,** | ) |
| | ) |
| **Defendants.** | ) |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

    In accordance with the order of this Court, the undersigned parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    The following entities are hereby reported:

    Progressive Specialty Insurance Company.

| | |
|---|---|
| <u>May 4, 2007</u> | Paul A. Miller (MIL011) |
| Date | Cindy L. Self (SEL035) |
| | Attorney for Progressive Specialty Ins. Co. |
| | **LAMAR, MILLER, NORRIS,** |
| | **HAGGARD & CHRISTIE, P.C.** |
| | 501 Riverchase Parkway East |
| | Suite 100 |
| | Birmingham, Alabama 35244 |
| | Telephone: 205-326-0000 |
| | Facsimile: (205) 323-2945 |

## CERTIFICATE OF SERVICE

      I hereby certify that on May 4, 2007 I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing ot the following:

Kathryn Harrington, Esq.
1000 Providence Park
Suite 200
Birmingham, Alabama   35242

                                          s/Paul A. Miller
                                          Of Counsel