IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
KENNETH HERNANDEZ,            )
                              )
    Plaintiff,                )
                              )
                              )    CIVIL ACTION NO.
    v.                        )    2:06cv371-MHT
                              )
PROGRESSIVE SPECIALTY         )
INSURANCE COMPANY,            )
                              )
    Defendant.                )
```

ORDER

By agreement of the parties made during an on-the-record oral argument on May 1, 2007, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motion to vacate (Doc. No. 28) is denied.

(2) The motion for summary judgment (Doc. No. 22) is granted.

(3) Summary judgment is entered in favor of defendant Progressive Specialty Insurance Company and against plaintiff Kenneth Hernandez on plaintiff Hernandez's bad-faith claim.

(4) This case will proceed to trial in its remaining aspects.

DONE, this the 7th day of May, 2007.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**